**Dawn CRADY, Appellant,**

v.

**PORTERS BUILDING CENTERS, INC, and Division of Employment Security, Respondents.**

**No. WD 76005.**

Missouri Court of Appeals, Western District.

Oct. 29, 2013.

Jeffrey B. Berman, Kansas City, MO, for appellant.

Ninion S. Riley, Jefferson City, MO; Katharine S. Porter, Liberty, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

### ORDER

PER CURIAM.

Dawn Crady appeals from the Labor and Industrial Relations Commission's order finding her ineligible for unemployment benefits. Because there was competent and substantial evidence in the record to support the Commission's final order, we affirm. Rule 84.16(b). A memorandum explaining the reasons for our decision has been provided to the parties.